United States District Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE LUIS HERNANDEZ ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | M-22-109 |
| ) | |
| BOBBY LUMPKIN, DIRECTOR, ) | |
| TEXAS DEPARTMENT OF CRIMINAL ) | |
| JUSTICE, CORRECTIONAL ) | |
| INSTITUTIONS DIVISION ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Jose Luis Hernandez's cause of action. After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 24 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 28th day of September, 2023, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE